

**PRICE,
MEESE,
SHULMAN &
D'ARMINIO**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

50 TICE BOULEVARD, SUITE 380
WOODCLIFF LAKE
NEW JERSEY 07677
TELEPHONE (201) 391-3737
FACSIMILE (201) 391-9360
www.pricemeese.com

GREGORY D. MEESE*
GAIL L. PRICE*+
FREDERIC M. SHULMAN*+
LOUIS L. D'ARMINIO* ◬
JOHN R. EDWARDS, JR.*
MICHAEL K. BREEN*
PAUL A. CONCIATORI*#
WILLIAM D. BIERMAN•
CATHY J. POLLAK*
THOMAS G. MARTIN•
JOHN L. MOLINELLI*x

RICHARD M. FRICKE*+
MARK W. GREENE* ◬
KAREN F. EDLER•
MICHAEL A. OROZCO*•
RICK A. STEINBERG* ◬
DOROTHY A. KOWAL
JENNIFER M. KNARICH* ◊

GREGORY K. ASADURIAN
RENEE A. FATOVIC*
JENNIFER M. BERARDO*
JACQUELINE E. ESPOSITO*
AARON COHEN
MICHELLE L. KRONE

\* Also admitted in NY
\+ Also admitted in DC
◬ Also admitted in PA
◊ Also admitted in CT
• Also admitted NY Fed Cts.
\# Also LEED AP
x Bergen County Prosecutor (ret.)

Additional Offices:
4 WEST RED OAK LANE, SUITE 302
WHITE PLAINS, NEW YORK 10604
TELEPHONE (914) 251-1618
FACSIMILE (914) 251-1230

ONE GATEWAY CENTER, SUITE 2600
NEWARK, NEW JERSEY 07102
TELEPHONE (973) 799-8551
FACSIMILE (973) 735-2719

December 10, 2019

**VIA CM/ECF**

Hon. Esther Salas, U.S.D.J.
United States District Court
District of New Jersey
Dr. Martin Luther King Jr. Fed. Bldg.
50 Walnut Street
Newark, New Jersey 07601

  **RE:** **Dialectic Distribution, LLC v. YRC Freight**
     **Case No. 2:19-cv-16719**
     **Our File No. 29116**

Dear Judge Salas:

  We represent Defendant, YRC Freight in the above referenced matter.

  We respectfully submit this letter in connection with the December 10, 2019 Initial Conference before Federal Magistrate Judge Waldor. This case arises from allegations of damage to cargo transported in interstate commerce by a Federally authorized motor carrier. The case is governed exclusively by the Carmack Amendment to the Interstate Commerce Act, 49 U.S.C. § 14706 ("Carmack").

  On November 5, 2019 we filed a Motion to Dismiss the Complaint [Docket Entry No.: 5] inasmuch as it failed to plead a cause of action pursuant to Carmack and thus failed to state a claim.

  On December 3, 2019 Plaintiff filed Opposition to our Motion to Dismiss [Docket Entry No.: 9] and filed a Motion to Amend the Complaint [Docket Entry No.: 8].

  We reviewed the Amended Complaint attached to Plaintiff's Motion to Amend [Docket Entry No.: 8] and based thereon, it appears the Plaintiff dropped the state-created causes of action and now pleads a cause of action pursuant to Carmack and only Carmack.

  As we indicated to Federal Magistrate Judge Waldor during the December 10, 2019 Initial Conference and while reserving all other substantive and procedural rights, we write to respectfully advise the Court we withdraw our Motion to Dismiss [Docket Entry No.: 5] and we consent to Plaintiff filing the proposed Amended Complaint attached to their Motion to Amend [Docket Entry No.: 8].



*Our 25th Year*

**PRICE, MEESE, SHULMAN & D'ARMINIO**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

Assuming the foregoing is acceptable to Your Honor and assuming Plaintiff formally files the Amended Complaint attached to its Motion to Amend [Docket Entry No.: 8], we can then file our Answer and Defenses pursuant to the Rules of Court and the case can proceed accordingly on the merits.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**PRICE MEESE SHULMAN & D'ARMINIO, P.C.**

S/ Thomas C. Martin

Thomas C. Martin

TCM/eh
cc:   Hon. Cathy L. Waldor, U.S.M.J.
      David J. Rubenstein, Esq.